No. 5310.—PUEBLO, apldo. v. RODRÍGUEZ, aplte.—C. D. Ponce. Febrero 2, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Córdova Dávila.)

POR CUANTO, Domingo Rodríguez Díaz fué acusado de un delito de robo perpetrado en la persona de Antonio Caraballo, apoderándose por medio de la fuerza y la violencia de una cantidad de dinero;

POR CUANTO, en la vista de la causa, después de practicada la prueba de la acusación, el acusado se declaró culpable y el jurado rindió un veredicto de culpabilidad, ajustándose a la instrucción de la corte;

POR CUANTO, en un escrito dirigido a esta corte a manera de alegato, el acusado únicamente alega que se trata de un delito de hurto de menor cuantía y que la corte no tuvo jurisdicción para juzgarlo;

POR TANTO, se confirma la sentencia dictada por la Corte de Distrito de Ponce en agosto 30, 1933.